UNITED STATES of America,
Plaintiff—Appellant,

v.

Penny Jillean CHRISTENSON,
Defendant—Appellee.

No. 04–2084.

United States Court of Appeals,
Eighth Circuit.

Sept. 27, 2005.

Richard L. Murphy, AUSA, argued, Cedar Rapids, Iowa, for appellant.

John P. Messina, AFPD, argued, Des Moines, Iowa, for appellee.

Before LOKEN, Chief Judge, WOLLMAN, BEAM, ARNOLD, MURPHY, BYE, RILEY, MELLOY, SMITH, COLLOTON, GRUENDER and BENTON, Circuit Judges, en banc.

### ***ORDER***

On rehearing en banc, the district court's judgment is affirmed by vote of an equally divided court.